# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
     v. )     1:10-CR-00157 LJO
) 
)
RAUL GARCIA-FERNANDEZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       (**X**) Ad Prosequendum                              ( ) Ad Testificandum.
Name of Detainee:     Raul Garcia
Detained at (custodian):     La Palma Correctinal Center-Eloy, AZ

Detainee is:   a.)     (**X**) charged in this district by:
                           (**X**) Indictment              ( ) Information         ( ) Complaint
                           Charging Detainee With:    **8 U.S.C. § 1326(a) & (b)(2) -Deported Alien Found in the United States**

or   b.)     ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)     (**X**) return to the custody of detaining facility upon termination of proceedings
or   b.)     ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

                 Signature:   /s/ Ian L. Garriques
                 Printed Name & Phone No: Ian L. Garriques/ 559-497-4000
                 Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS

       (**X**) Ad Prosequendum                          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above named custodian.

Date   3/21/11                                                    United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | CDCR - GARCIA, Raul | Male X | Female |
| Booking or CDC #: | F42549 | DOB: | |
| | Release Date: 11/21/11 | Race: | |
| | | FBI #: | 192717FA5 |

Facility Phone: _____
Currently Incarcerated For: _____

---

**RETURN OF SERVICE**

Executed on _____ by _____         _____
                                                                            (Signature)